U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 20 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Fort Worth__ DIVISION

__Maurice Henry Mason__
Plaintiff's Name and ID Number

__Tarrant County Jail (Green bay Facility)__
Place of Confinement

CASE NO. __4-22CV-841-O__
(Clerk will assign the number)

v.

__Riscky's BarBeque (2314 Azle Ave. Fort Worth, TX. 76164)__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should ke copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and de under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE OI

3. You must file a separate complaint for each claim you have unless the various claims are all related to the i incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a shor plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district for the appropriate district of Texas in the division where one or more named defendants are located, or wher incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Crir Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in you law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an ad list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 pl administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to pr *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting information to establish your inability to prepay the fees and costs or give security therefor. You must also in a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acqui application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pau* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or fi appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmat account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proc *forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submi to the court.

CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice sho marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the di of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more tha lawsuit, describe the additional lawsuits on another piece of paper, giving the same informatic

      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail (Greenbay Facility)

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   YES
Attach a copy of your final step of the grievance procedure with the response supplied by the instituti

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Maurice Henry Mason
100 N. Lamar St, Fort Worth, TX. 76164 or
6002 Powderwood Lane, Arlington, TX. 76018

B. Full name of each defendant, his official position, his place of employment, and his full mailing add

Defendant #1: Riscky's Barbeque (2314 Azle Ave, Fort Worth, TX. 76164
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
A Multi-Million Dollar establishment Failed to pay me, for my labor.

Defendant #2:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it hap when did it happen, and who was involved. Describe how each defendant is involved. You need not any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, nur and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remembei complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT N STRIKE YOUR COMPLAINT. I was Hired at Risckys Barbeque, which is a Multi-million Doller Company, I was arrested during the First pay period of my employ- ment, I never received pay for my labor, and was given the run around by the corperate office, Being that this is unexceptable I would like to be Compensated For: Pain & Suffering, Defamation of Character, and the Money owed to me for my hard labor. *Attached also, is a copy of the check stub that I never received pay for.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cas statutes. I would like the Court to Grant me the Monetary amount owed to me for my hard work, and having to Wait So long For my pay in the Amount of ($3700.00) to ($6800.00) Dollars.

VII. GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all al

Maurice Mason

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or fe prison or FBI numbers ever assigned to you.

(TDCJ #1617147)  (CID #0443096)

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): N/A
2.  Case number: N/A
3.  Approximate date sanctions were imposed: 
4.  Have the sanctions been lifted or otherwise satisfied? ____YES __

C. Has any court ever warned or notified you that sanctions could be imposed? ___N/YES___

D. If your answer is "yes," give the following information for every lawsuit in which a warning was i: (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number: _____N/A_____
   3. Approximate date warning was issued:_____

Executed on: __9/14/2022__
              DATE

_Marie Henry Mason_
_Maurice Henry Mason_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto a and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three c civil actions or appeals (from a judgment in a civil action) in a court of the United States incarcerated or detained in any facility, which lawsuits were dismissed on the ground the frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I an imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for th filing fee and costs assessed by the court, which shall be deducted in accordance with the law fi inmate trust account by my custodian until the filing fee is paid.

Signed this __14th__ day of __September__, 20__22__.
            (Day)              (month)         (year)

_Marie Henry Mason_
_Maurice Henry Mason_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in respon above questions may result in the imposition of sanctions. The sanctions the court may impose incl are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**7 B B Q - Camp Bowie**
6701 Camp Bowie
Fort Worth, TX 76118

**Voucher Date** 05/24/2022
**Voucher Number** 4176

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount**   ******** 272.28

CO2024   9597   05/24/22   4176
**Maurice n. Mason**
6002 powderwood ln.
Arlington, TX 76018

RP_010_8201_Y 05/12/2022 ©2022 ReadyPay7

| Maurice n. Mason | May 24, 2022 | | | | 4176 |
|---|---|---|---|---|---|

| Emp Id | 9597 | Loc | 204-6 | Period Begin | 05/06/22 | Net Pay | 272.28 |
| SSN | XXX-XX-9597 | Hire Date | 05/19/22 | Period End | 05/19/22 | Dir Dep | 272.28 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 24.57 | 12.000000 | 294.84 | 24.57 | 294.84 |
| | 24.57 | | 294.84 | 24.57 | 294.84 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | S-0 | 294.84 | 0.00 | 294.84 | 0.00 |
| OASDI | | 294.84 | 18.28 | 294.84 | 18.28 |
| Medicare | | 294.84 | 4.28 | 294.84 | 4.28 |
| Medicare - Additional | | 294.84 | 0.00 | 294.84 | 0.00 |
| Texas SITW | | 294.84 | 0.00 | 294.84 | 0.00 |
| | | | 22.56 | | 22.56 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| METABANK | Ends with ***9203 | 272.28 |
| | | 272.28 |

### Payment Summary for Voucher 4176

| Total Gross Pay | 294.84 |
| Federal Taxes | -22.56 |
| State and Local Taxes | 0.00 |
| Other Deductions | 0.00 |
| Net Pay | 272.28 |
| Direct Deposits | -272.28 |
| Net Check | 0.00 |

### Additional Information

**Company Address**
7 B B Q - Camp Bowie
6701 Camp Bowie
Fort Worth, TX 76118

**Time Off Balances**   Dollars   Hours

# Record of Relevant Events

* On or about May the 05th 2022, I was hired to work at the Westside Location of Riscky's BarBeque which is located at 6701 Camp Bowie Fort Worth, TX. 76116.

* On or about May the 18th 2022, I was arrested and confined at the Tarrant County Jail.

* Being that the pay period was around the time that I was arrested, I was Unable to receive my First Check. I contacted payroll and was mail a check stub in Jail.

* I Then called around and got the Main or Corperate office of Said Company and Spoke to: Patti Smith who is over payroll. This was in the month of June.

* After speaking to and writing Mrs. Smith in the month of July, I was given a 1-844 Number to call. I had a Family member call said Number in late August early September only to be told that the said Funds had Ultimately been issued to another person? How could this be? How could my Funds be distributed to anyone other than myself, when I did the work and or labor. This is Unexceptable!